**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

JOSEPH MUNDO,

Plaintiff,

vs. No. CIV 25-0136 JB/KRS

SHELBY VANDEVER and NAVAJO FAMILY COURT,

Defendants.

**MEMORANDUM OPINION AND ORDER**

**THIS MATTER** comes before the Court on the Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(5) and 60(b)(6), filed December 19, 2025 (Doc. 70)("Motion for Relief"). The Court holds a hearing on January 26, 2026. See Clerk's Minutes at 1, filed January 26, 2026 (Doc. 83). The primary issue is whether the Court should vacate the Final Judgment, filed November 24, 2025 (Doc. 69), and reopen this case for further proceedings, because the New Mexico Eleventh Judicial District Court confirms the registration of the Florida custody order under NMSA 1978, § 40-10A-305(E). The Court concludes that it will not vacate the Final Judgment, because the Navajo Nation remains an indispensable party and Defendant Jospeh Mundo still has not exhausted Tribal remedies.

For the reasons stated on the record at the hearing, the Court denies the Motion for Relief. See Draft Transcript of Hearing at 35:11-25 (taken January 26, 2026)(Court).[1] More specifically, in the Memorandum Opinion and Order, filed November 21, 2025 (Doc. 68)("MOO"), the Court concludes that the Navajo Nation is an indispensable party that possesses sovereign immunity, yet the arguments in the Motion for Relief do not properly remedy this issue. See MOO at 19-20.

[1] The Court's citations to the transcript of the hearing refer to the court reporter's original, unedited version. Any final transcript may contain slightly different page and/or line numbers.

Even more, Mundo still has not exhausted his Tribal court remedies. See MOO at 26-27. The Court therefore denies the Motion for Relief.

**IT IS ORDERED** that the Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b)(5) and 60(b)(6), filed December 19, 2025 (Doc. 70), is denied.

UNITED STATES DISTRICT JUDGE

*Counsel:*

Nicholas Price
Archer Price Law PLLC
Lynnwood, Washington

-- and --

Clayton P Jackson
Fidelity National Law Group
Plano, Texas

-- and --

Clavin Lee, Jr.
CJ LEE & Associates P.C.
Gallup, New Mexico

*Attorneys for the Plaintiff*

Tierra Marks
Veronique Richardson
Barnhouse Keegan Solimon & West LLP
Los Ranchos de Albuquerque, New Mexico

*Attorneys for the Defendant Shelby Vandever*

Colin Bradley
Navajo Nation Department of Justice
Window Rock, Arizona

*Attorneys for the Amicus Navajo Nation*